■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN LEWIS, Appellant. [849 NYS2d 793]—Appeal by the defendant from a judgment of the Supreme Court, Queens County

(Latella, J.), rendered August 8, 2005, convicting him of attempted rape in the first degree, sexual abuse in the first degree (two counts), and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court did not err in granting the prosecutor's challenge for cause to a prospective juror (*see People v Rennie,* 34 AD3d 504 [2006]; *cf. People v Oliveri,* 29 AD3d 330 [2006]).

The defendant's challenges to allegedly prejudicial comments made by the prosecutor on summation and allegedly prejudicial questions on the defendant's cross-examination are unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the comments and questions complained of do not warrant reversal (*see People v Wright,* 40 AD3d 1021 [2007]; *People v Liu,* 104 AD2d 1052 [1984]).

The defendant's remaining contention is without merit. Mastro, J.P., Fisher, Carni and McCarthy, JJ., concur.